928

No. 488, Misc. BALLENTINE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William E. Hellerstein* and *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 915, Misc. CHIN DAN FOOK, AKA YOUNG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Griswold* for the United States.

No. 980, Misc. ARCINIAGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1341, Misc. ROLLING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John Sekul* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 23, Misc. BIVENS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 344, October Term, 1963. ORMENTO *v.* UNITED STATES, 375 U. S. 940. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.